IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HRDINA,

    Plaintiff,

v.

WORLD SAVINGS BANK, FSB, WORLD SAVINGS, INC., WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 6, inclusive,

    Defendants.

No. C 11-05173 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference, currently set for December 15, 2011, is hereby **MOVED** to **JANUARY 26, 2012, AT 8:00 A.M.**, immediately following hearing on defendant's motion to dismiss. A joint case management statement is due at least seven days prior.

    All initial disclosure deadlines are **CONTINUED** accordingly.

**IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE