United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HRDINA,

       Plaintiff,

  v.

WORLD SAVINGS BANK, FSB,
WORLD SAVINGS, INC., WACHOVIA
MORTGAGE CORPORATION, and
DOES 1 through 6, inclusive,

       Defendants.

_____/

No. C 11-05173 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

The case management conference, currently set for December 15, 2011, is hereby **MOVED**

to **JANUARY 26, 2012, AT 8:00 A.M.**, immediately following hearing on defendant's motion to

dismiss.  A joint case management statement is due at least seven days prior.

All initial disclosure deadlines are **CONTINUED** accordingly.

**IT IS SO ORDERED.**

Dated:  November 29, 2011.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE