IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HRDINA,

    Plaintiff,

  v.

WORLD SAVINGS BANK, et al.

    Defendants.

No. C 11-05173 WHA

**ORDER SETTING HEARING**

    Pro se plaintiff George Hrdina's recent filing shall be deemed a motion for a preliminary injunction and temporary restraining order pursuant to Rule 65 (Dkt. No. 52). The motion is noticed for hearing at 8:00 a.m. on August 9, 2012, at 450 Golden Gate Avenue, San Francisco, California 94102 in Courtroom 8, 19th Floor.

    **IT IS SO ORDERED.**

Dated: June 11, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE