**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE HRDINA,                                                    No. C 11-05173 WHA

       Plaintiff,

  v.                                                                    **ORDER SETTING HEARING**

WORLD SAVINGS BANK, et al.

       Defendants.

_____/

      Pro se plaintiff George Hrdina's recent filing shall be deemed a motion for a preliminary injunction and temporary restraining order pursuant to Rule 65 (Dkt. No. 52).  The motion is noticed for hearing at 8:00 a.m. on August 9, 2012, at 450 Golden Gate Avenue, San Francisco, California 94102 in Courtroom 8, 19th Floor.


      **IT IS SO ORDERED.**


Dated:   June 11, 2012.                                    _____
                                                                     WILLIAM ALSUP
                                                                     UNITED STATES DISTRICT JUDGE