IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HRDINA, | No. C 11-05173 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO RECONSIDER** |
| WACHOVIA MORTGAGE CORPORATION, et al., | |
| Defendants. | |

Pro se plaintiff recently filed a letter requesting reconsideration of a prior order denying plaintiff's request for a preliminary injunction. Plaintiff's motion for a preliminary injunction was denied because he failed to demonstrate a likelihood of imminent harm and success on the merits. There is nothing in the letter to justify reconsideration under Rule 60 of the dismissal order. Therefore, plaintiff's motion for reconsider is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE